ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
**Sep 21, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>THE PERSON OF JASMEET SINGH, DOB XX/XX/1995 | **ORDER TO UNSEAL SEARCH WARRANT**<br><br>2:24-sw-1152 CSK |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: September 21, 2026

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE